# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157446(66)(68)

ADLER STILMAN, PLLC,
          Plaintiff-Appellant,

v

OAKWOOD HEALTHCARE, INC., and STATE
FARM MUTUAL AUTOMOBILE INSURANCE
ASSOCIATION,
          Defendants-Appellees.
_____/

SC: 157446
COA: 333538
Wayne CC: 16-003850-NZ

     On order of the Chief Justice, the motion to substitute Citizens Insurance Company of American for State Farm Mutual Automobile Insurance Association as a defendant-appellee in all further proceedings before this Court is GRANTED. On further order of the Chief Justice, the motion of defendant-appellee Citizens to extend the time for filing its answer to the application for leave to appeal to June 5, 2018 is GRANTED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2018



Clerk